UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:06cv437

| | |
|---|---|
| RECECCA KEBLIN,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC. f/k/a COLUMBIA NATIONAL INCORPORATED,<br><br>    Defendant. | **ORDER TO ADMIT COUNSEL PRO HAC VICE** |

**THIS MATTER** is before the Court on Defendant American Home Mortgage Servicing, Inc., f/k/a Columbia National Incorporated's "Motion to Admit Counsel Pro Hac Vice" (Document Nos. 20 and 21) filed July 20, 2007, requesting the admission of Attorneys Natasha M. Williams and David M. Souders. For the reasons set forth therein, the Motion will be **GRANTED**.

All counsel are advised that local counsel must sign all documents submitted to the Court as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Signed: July 20, 2007

_David C. Keesler_
United States Magistrate Judge