# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:06cv437

| | |
|---|---|
| REBECCA F. KEBLIN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AMERICAN HOME MORTGAGE )<br>SERVICING, INC., f/k/a )<br>COLUMBIA NATIONAL )<br>INCORPORATED, )<br>)<br>Defendant. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on reassignment.

On August 7, 2007, the Plaintiff's attorney filed notice that on August 6, 2007, the Defendant filed a petition for an Order for Relief pursuant to Chapter 11 of the United States Bankruptcy Code and that further proceedings in this matter are therefore stayed pursuant to 11 U.S.C. §362.

**IT IS, THEREFORE, ORDERED** that this matter is hereby **STAYED** pending notice from the Plaintiff that the Bankruptcy Court stay is lifted.

**IT IS FURTHER ORDERED** that the Defendant's motion to dismiss filed on October 27, 2006 is hereby **DENIED** without prejudice to renewal.

**IT IS FURTHER ORDERED** that the Clerk of Court shall administratively close this case.

Signed: October 9, 2007

Martin Reidinger
United States District Judge